IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JULIUS WOMACK,                          :

    Petitioner,                      :
                                         CIVIL ACTION 15-00142-WS-M
v.                                      :
                                         CRIMINAL ACTION 08-00391-WS-M
UNITED STATES OF AMERICA,               :

    Respondent.                      :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Respondent's Motion to Dismiss (Doc. 101) be **GRANTED**, that Petitioner's Motion to Vacate (Doc. 96) be **DENIED**, and that this action be **DISMISSED**.  It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal *in forma pauperis*.

DONE this 9th day of November, 2015.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE